UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324 PENSION
FUND, OPERATING ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                    Case No.  04-73212

v.                                    Hon.  Avern Cohn

STEEL STRUCTURES, INC., a Michigan
Corporation, and JOSEPH FIREK and
MARGARET E. KELLY, Individually,

      Defendants.
_____/

| **MICHAEL J. ASHER   (P39347)** | **LYNN BRIMER  (P43291)** |
|---|---|
| **DAVID J. SELWOCKI  (P51375)** | **DENNIS W. LOUGHLIN  (P57084)** |
| **ALEXANDRA C. AKAS (P64004)** | Raymond & Prokop, P.C. |
| Sullivan, Ward, Asher & Patton, P.C. | 26300 Northwestern Hwy., 4th Floor |
| Attorneys for Plaintiffs | PO Box 5058 |
| 1000 Maccabees Center | Southfield, MI  48086-5058 |
| 25800 Northwestern Highway | 248.357.3010 |
| PO Box 222 | |
| Southfield MI  48037-0222 | |
| 248.746.0700 | |

_____/

### ORDER OF DISMISSAL

      This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

      **IT IS ORDERED** that this matter is hereby dismissed with prejudice as to Defendants,

Joseph Firek and Margaret E. Kelly, and without prejudice as to Defendant, Steel Structures, Inc., and without costs to either party.

Dated: June 29, 2005                     s/ Avern Cohn
                                          AVERN COHN
                                          U.S. District Court Judge

This Order Prepared By:

David J. Selwocki
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan 48075

W0414411/A56-117351.RTF